IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC. | ) |
| | ) NO. 3-14-0926 |
| v. | ) NO. 3-14-1112 |
| | ) CONSOLIDATED CASES |
| INFLUENCE DIRECT, LLC, | ) JUDGE CAMPBELL |
| et al. | ) |

ORDER

Pending before the Court are Plaintiff's Motion to Ascertain Status (Docket No. 51) and Plaintiff's Motion for Preliminary Injunction (Docket No. 2 in Case 3-14-1112). Plaintiff's Motion to Ascertain Status is GRANTED.

The Court will hold a hearing on Plaintiff's Motion for Preliminary Injunction on August 12, 2014, at 10:00 a.m. Defendants Jandar Corporation, Janet Davis and Darrell Carter shall file a Response to the Motion for Preliminary Injunction by August 1, 2014.

The parties shall file with the Court by August 8, 2014, the following pertaining to the preliminary injunction hearing: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE