UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:14-cv-00926 |
| ) | Judge Todd J. Campbell |
| INFLUENCE DIRECT, LLC, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| ) | |
| DELTA AIR LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:14-cv-01112 |
| ANDY RIDDLE; JEREMY CROSSLIN; SCOTT ) | (Consolidated Cases) |
| BEACH; JANDAR CORPORATION; JANET ) | |
| DAVIS; DARRELL CARTER; PERRY RUIZ; ) | |
| VTS MANAGEMENT, LLC; RESORT ) | |
| CONNECTIONS, LLC; and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION TO ASCERTAIN STATUS

Comes now Plaintiff Delta Air Lines, Inc. ("Delta"), by and through counsel, and pursuant to Local Rule 7.01(c), and moves this Court to advise the parties of the status of the Court's consideration of Delta's Motion to Compel Discovery filed on January 7, 2015 (DE #83) and the Joint Motion of Parties to Modify Case Management Order and Extend Deadlines filed on February 26, 2015 (DE #98). In support of this Motion, Delta states as follows:

On January 7, 2015, Delta filed its Motion to Compel Discovery and Memorandum of Fact and Law in Support (DE #83). The Defendants, Jandar Corporation, Janet Davis, and

Darrell Carter (hereinafter collectively the "Jandar Defendants"), filed their initial response to the same on January 21, 2015 (DE #86). The Jandar Defendants filed a subsequent response on February 2, 2015 (DE #91). With approval of the Court, Delta filed a Reply to Jandar Defendants' responses (DE # 95, 97).

Further, Delta would show that the parties conducted a Rule 26(f) a discovery planning meeting on May 27, 2014. Their Rule 26(f) Meeting Report and Initial Case Management Order was submitted to the Court on June 25, 2014 (DE #47) and approved by the Court on June 30, 2014 (DE #48). On August 6, 2014, Delta moved the Court to modify the Case Management Order and Extend all Discovery Deadlines (DE #57). This Motion was granted on September 2, 2014 (DE #64). The Court later entered an Order on September 19, 2014 (DE #71) scheduling trial in this matter for September 8, 2015 and setting forth certain deadlines in order to prepare this matter for same. The parties filed a Joint Motion to Modify Case Management Order and Extend Deadlines on February 26, 2015 (DE #98) along with a proposed Order (DE #99).

WHEREFORE, Pursuant to Local Rules 7.01(c), Delta moves this Court to advise the parties of the status of this Court's consideration of Delta's Motion to Compel Discovery (DE #83) and the Joint Motion of Parties to Modify Case Management Order and Extend Deadlines (DE #98).

Respectfully submitted this 17th day of June, 2015.

                                                    SPEARS, MOORE, REBMAN & WILLIAMS, PC

                                                    /s Barret S. Albritton
                                                    Barret S. Albritton
                                                    BPRN 022655

P.O. Box 1749
801 Broad Street
Chattanooga, TN 374011749
Phone: (423) 7567000
Fax: (423) 756480
Email: bsa@smrw.com

WELLBORN, WALLACE & WOODARD, LLC

*/s Jamie Woodard*
Paul F. Wellborn, III *(pro hac vice)*
Georgia Bar No. 746720
Kelly O. Wallace *(pro hac vice)*
Georgia Bar No. 734166
Jamie Woodard *(pro hac vice)*
Georgia Bar No. 775792

1175 Peachtree St. NE
100 Colony Square, Suite 300
Atlanta, GA 30361
(404) 815-9595
(404) 815-9957 (FAX)
pete@wellbornlaw.com
kelly@wellbornlaw.com
jamie@wellbornlaw.com

*Attorneys for Plaintiff Delta Air Lines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been served on the following parties via the Court's CM/ECF System, which will automatically generate email notice to counsel of record as follows:

| | | |
|---|---|---|
| **Ryan D. Levy**<br>**John F. Triggs**<br>**Scott M. Douglas**<br>Patterson Intellectual Property Law<br>Roundabout Plaza<br>1600 Division Street, Suite 500<br>Nashville, TN 37203<br>(615) 242-2400<br>(615) 242-2221 - Fax<br>rdl@iplawgroup.com<br>jft@iplawgroup.com<br>smd@iplawgroup.com | Representing | **Influence Direct, Andy Riddle, Jeremy Crosslin & Scott Beach**<br>*(Defendants)* |
| **Mark T. Freeman**<br>9 Music Square West<br>Nashville, TN 37203<br>(615) 390-9004<br>(615) 352-7884 (fax)<br>freemanlaw@comcast.net | Representing | **Jandar Corporation, Janet Davis and Darrell Carter**<br>*(Defendants)* |

I further certify that on this date, I served the following party by placing a copy of the referenced filing with the United States Postal Service for delivery via first-class mail in an envelope with adequate postage affixed thereto addressed as follows:

**Perry Ruiz**
2563 S. 91st St.
West Allis, WI 53227

This 17th day of June, 2015.

By: /s/ Barret S. Albritton
Barret S. Albritton
BPRN 022655